**UNITED STATES of America,
Plaintiff-Appellee**

v.

**Fernando Arturo FLORES-FANG, also
known as Arturo, also known as
Primo, Defendant-Appellant**

**No. 16-41688
Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed October 24, 2017

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Fernando Arturo Flores-Fang, Pro Se

Before KING, OWEN, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Fernando Arturo Flores-Fang has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir. 2011). Flores-Fang has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appel-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

late review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be